**Opinion issued June 2, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00540-CV

———————————

## IN RE MUSTAFA AWAD, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Mustafa Awad filed a petition for writ of mandamus challenging the trial court's March 30, 2026 order denying his plea in abatement.[1] We deny the petition. Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *Harris County Municipal Utility District No. 500 v. Mustafa Awad*, cause number 2026-08810, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya N. Garrison presiding.